UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KAREEM RASHAWN YOUNG,

                      Plaintiff,

  -v-                                 6:18-CV-135
                                      (DNH/TWD)

COMMISSIONER OF INTERNAL REVENUE,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

KAREEM RASHAWN YOUNG
Plaintiff, pro se
04-B-2504
Watertown Correctional Facility
PO Box 168
Watertown, NY 13601


DAVID N. HURD
United States District Judge


## DECISION and ORDER

      Pro se plaintiff Kareem Rashawn Young commenced this action pursuant to 26 U.S.C. § 7422. On May 9, 2019, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's motion to amend be denied for lack of subject matter jurisdiction. Plaintiff has filed timely objections to the Report-Recommendation.

      Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's motion to amend is DENIED; and

2. The Clerk is directed to file judgment accordingly and close the case.

IT IS SO ORDERED.

_____
United States District Judge

Dated: July 3, 2019
      Utica, New York.